FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APR - 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:06CR88-F__ |
| | ) | [21 USC.841(a)(1)] |
| TONY MITCHELL | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 13, 2005, in Elmore County, within the Middle District of Alabama,

TONY MITCHELL,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about December 15, 2005, in Elmore County, within the Middle District of Alabama,

TONY MITCHELL,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney