IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-088-MEF |
| | ) | (WO) |
| TONY MITCHELL | ) | |

## **O R D E R**

On August 31, 2006, the defendant filed a Motion to Continue Trial (Doc. #33). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that a superseding indictment has been returned in this case and arraignment was held on August 30, 2006. There is not enough time for the defendant and counsel to adequately prepare for trial by September 18, 2006. The government does not oppose a continuance of trial. Consequently, the court concludes that a continuance of this

case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial.  *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1.  That the defendant's motion filed on August 31, 2006 is GRANTED;

2.  That the trial of this defendant is continued from the September 18, 2006 trial term to the November 27, 2006 trial term.

3.  That the Magistrate Judge conduct a pretrial conference prior to the November 27, 2006 trial term.

DONE this the 6th day of September, 2006.

        /s/ Mark E. Fuller  
CHIEF UNITED STATES DISTRICT JUDGE